■ U. M. & M. CREDIT CORPORATION, Respondent, v. PETTIBONE-MULLIKEN CORPORATION, Appellant.— Judgment in favor of plaintiff, entered May 1, 1962,

unanimously affirmed, with costs, on the opinion of Mr. Justice GELLER at Trial Term. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ. [33 Misc 2d 635.]